UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
SECURITIES AND EXCHANGE :
COMMISSION., :
                            Plaintiff, :      22 Civ. 10200 (LGS)
:
        -against- :      <u>ORDER</u>
:
JAMES ROBINSON, et al., :
                          Defendants. :
:
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the related action, *Securities & Exchange Commission v. Moore et al.*, No. 18 Civ. 7803 (S.D.N.Y.), was terminated after Defendant Moore passed away and a default judgment was granted as to the other Defendant, Universal Voicetech, Inc.

    WHEREAS, Defendant Kennedy was served with the complaint but has not appeared, answered or otherwise responded to the complaint, and the deadline by which to do so has passed.

    WHEREAS, Defendant Robinson has waived service of the complaint but has not appeared, answered or otherwise responded to the complaint, and the deadline by which to do so has passed. It is hereby

    **ORDERED** that, by **February 7, 2025**, the SEC shall file a joint status letter proposing next steps in this action.

Dated: January 28, 2025
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE